STANLEY V. TUCKER *v.* ANTON RONALTER, JR.

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Kenneth J. Laska,* corporation counsel, for the appellee (defendant).

*Stanley V. Tucker,* pro se, the appellant (plaintiff).

Argued January 4—decided January 4, 1977

CHARLES R. CARINO *v.* JOHN WATSON

The plaintiff's motion for dismissal of his own appeal from the Superior Court in Hartford County is granted.

*Hubert J. Santos,* for the appellant (plaintiff).

No appearance for the appellee (defendant).

Argued January 4—decided January 4, 1977

MARY J. MARTINO *v.* ALFRED D. MARTINO

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided January 4, 1977